UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA N. DUKES,<br><br>    Plaintiff,<br><br>  v.<br><br>PNC MORTGAGE BANK, et al.,<br><br>    Defendants. | No. 2:15-cv-1247-GEB-KJN PS<br><br><br>ORDER |

  Presently pending before the court is a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) filed by defendant PNC Bank, N.A. (erroneously named as PNC Mortgage Bank). (ECF No. 5.) The motion was noticed for hearing before the undersigned on August 6, 2015. (ECF No. 9.) Pursuant to this court's Local Rules, plaintiff was obligated to file and serve a written opposition or statement of non-opposition to the pending motion at least fourteen (14) days prior to the hearing date, or July 23, 2015. See E.D. Cal. L.R. 230(c). However, the court's docket reveals that plaintiff, who is proceeding without counsel, failed to file a written opposition or statement of non-opposition with respect to the motion by the required deadline.

  In light of plaintiff's failure to comply with the court's Local Rules, the court has considered whether the action should be dismissed. Nevertheless, in light of plaintiff's *pro se* status and the court's desire to resolve the action on the merits, the court finds it appropriate to provide plaintiff with one final opportunity to oppose the motion, if she elects to do so.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The August 6, 2015 hearing on the pending motion to dismiss is VACATED and CONTINUED to Thursday September 10, 2015, at 10:00 a.m., in Courtroom No. 25 before the undersigned.

2. Plaintiff shall file any opposition to the motion to dismiss <u>no later than August 13, 2015</u>. Plaintiff's failure to file a written opposition will be deemed a statement of non-opposition to the pending motion and consent to the granting of the motion, and shall constitute an additional ground for the imposition of appropriate sanctions, including a recommendation that plaintiff's entire case be involuntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

3. Alternatively, if plaintiff no longer wishes to proceed with the case at this time, she may instead file a notice of voluntary dismissal of the action without prejudice no later than August 13, 2015.

4. Defendant PNC Bank, N.A. may file a reply to the opposition, if any, no later than August 27, 2015.

5. The October 8, 2015 status conference in this case is VACATED, subject to rescheduling at an appropriate time after resolution of the pending motion to dismiss, if necessary.

IT IS SO ORDERED.

Dated: July 24, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE